# Third District Court of Appeal
## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0238
Lower Tribunal No. 18-149-M
_____

**SafePoint Insurance Company,**
Appellant,

vs.

**Jess Young,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Bickford & Chidnese, LLP, and Patrick M. Chidnese  and Frieda C. Lindroth (Tampa), for appellant.

Struble, P.A., and Matthew G. Struble, for appellee.

Before LOGUE, C.J., and  MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.